[No. 35765-8-II.   Division Two.   January 26, 2010.]

JOE MOUNT ET AL., *Respondents*, v. TOM NAUMAN ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-2-01499-9, Richard L. Brosey, J., entered December 12, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 36801-3-II.   Division Two.   January 26, 2010.]

FAME DEVELOPERS, LTD., ET AL., *Appellants*, v. THE CITY OF
BAINBRIDGE ISLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-01001-2, Jay B. Roof, J., entered September 11, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 37439-1-II.   Division Two.   January 26, 2010.]

JOY JOHNSON ET AL., *Respondents*, v. WAHKIAKUM COUNTY,
*Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 07-2-00024-0, Michael J. Sullivan, J., entered February 25, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 37508-7-II.   Division Two.   January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN BEADLE,
*Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00421-6, Nelson E. Hunt, J., entered March 14, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Quinn-Brintnall, J.; Hunt, J., dissenting.